1  MICHAEL I. GOTTFRIED (State Bar No. 146689)
   mgottfried@lgbfirm.com
2  ALEKSANDRA ZIMONJIC (State Bar No. 210252)
   azimonjic@lgbfirm.com
3  LANDAU GOTTFRIED & BERGER LLP
   1801 Century Park East, Suite 700
4  Los Angeles, California 90067
   Telephone: (310) 557-0050
5  Facsimile: (310) 557-0056

6  Attorneys for Plaintiff Kensel & Co., LLC

**FILED & ENTERED**

**MAR 03 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** walter    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MediaShift, Inc.,<br><br>     Debtor and Debtor in Possession. | Lead Case No. 2:15-bk-25024-SK<br>(Jointly administered with:<br>Case No. 2:15-bk-25030-SK)<br><br>Chapter 11 |
| KENSEL & CO., LLC,<br>          Plaintiff,<br>     vs.<br>MEDIASHIFT, INC.,<br>          Defendant. | Adv. No. 2:15-ap-01646-SK<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>[No hearing is requested or required.]<br><br>**Status Conference: 3/3/16 at 8:30 a.m.** |

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Plaintiff Kensel & Co., LLC and defendant MediaShift, Inc., have entered into the *Stipulation to Dismiss Adversary Proceeding With Prejudice* (the "Stipulation").

Having considered the Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.
2. This adversary proceeding is dismissed with prejudice.

### # # #

Date: March 3, 2016

*Sandra R. Klein*
United States Bankruptcy Judge